United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-11083-mdc
Georgeanne Williams                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2            Date Rcvd: Jul 18, 2016
                             Form ID: 138NEW          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
```
db             +Georgeanne Williams,    427 E. Sharpnack Street,    Philadelphia, PA 19119-3862
12293466       +Cbe Group,    131 Tower Park Dri Po Box 900,    Waterloo, IA 50704-0900
12589247        Credit Acceptance Corp.,    Silver Triangle Building,    Suite 300,    Southfield, MI 48034-8339
12293470       +Er Solutions,    800 Sw 39th St,    Renton, WA 98057-4975
12535588       +Hospital of the University of Pennsylvania Tuition,     1601 Market Street, Suite 2300,
                 Philadelphia, PA 19103-2306
12293472       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12293476       +PGW,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
12461113       +U OF P FEDERAL CREDIT UNION,    c/o EDWARD L. BERGER, ESQUIRE,     GORDIN & BERGER, P.C.,
                 1760 MARKET STREET STE. 600,    PHILADELPHIA PA 19103-4199
12293478       +U Of P Federal Cu,    3900 Chestnut St,    Philadelphia, PA 19104-3120
12492198       +Verizon,    404 Brock Drive,    Bloomington, IL 61701-2654
12492199        Verizon Online,    PO BOX 3243,    Bloomington, IL 61702-3243
12293479       +Verizon Pa,    236 E Town St #170,    Columbus, OH 43215-4631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:02:56      Diligentsia Capital Group LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:03:37
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12293463       +E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 19 2016 01:55:47      A H F C,
                 200 Continental Dr Ste,    Newark, DE 19713-4334
12334806        E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 19 2016 01:55:47
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
12293465        E-mail/PDF: recoverybankruptcy@afninet.com Jul 19 2016 02:03:28      Afni, Inc.,
                 404 Brock Drive,    PO Box 3427,    Bloomington, IL 61702-3427
12293464       +E-mail/PDF: recoverybankruptcy@afninet.com Jul 19 2016 02:02:58      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
12461789       +E-mail/PDF: recoverybankruptcy@afninet.com Jul 19 2016 02:02:57      Afni, Inc.,    PO BOX 3667,
                 Bloomington, IL 61702-3667
12311748        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 02:03:01      B-Line, LLC,
                 MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12439957        E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:22      City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12293467       +E-mail/Text: apotter@philapark.org Jul 19 2016 01:56:42      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
12293468       +E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:22      City of Philadelphia,
                 ATTN: Law Dept.,    15th Floor, One Parkway Building,    1515 Arch Street,
                 Philadelphia, PA 19102-1501
12293469       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 19 2016 01:56:45      Collection,
                 94 Wells Avenue,    Newton, MA 02459
12305324        E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:03:25      Diligentsia Capital Group LLC,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Avenue,Shite 1120,
                 Miami, Florida 33131-1605,    Attn: Ramesh Singh
12637622       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 02:03:57
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
12293471        E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:02:44      Gemb/Ge Money Bank Low,
                 Po Box 103065,    Roswell, GA 30076
12513400        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 02:03:57      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12293473       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 02:03:29      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13027983        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:03:59      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12293474       +E-mail/Text: bankruptcydepartment@tsico.com Jul 19 2016 01:56:37      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
12559599       +E-mail/Text: blegal@phfa.org Jul 19 2016 01:55:43      PHFA,    211 North Front Street,
                 Harrisburg, PA 17101-1466,    Attn: ALSV/Anne
12293475       +E-mail/Text: blegal@phfa.org Jul 19 2016 01:55:43      Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW          Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12302600         E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:02:57
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
12333351         E-mail/Text: tidewaterlegalebn@twcs.com Jul 19 2016 01:55:03      Tidewater Finance Company,
                  P.O. Box 13306,    Chesapeake, VA 23325
12293477        +E-mail/Text: tidewaterlegalebn@twcs.com Jul 19 2016 01:55:03      Tidewater Credit Servi,
                  6520 Indian River Rd,    Virginia Beach, VA 23464-3439
12293480        +E-mail/Text: james.feighan@phila.gov Jul 19 2016 01:56:45      Water Revenue Bureau,
                  1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                             TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                  GREENVILLE, SC 29602-0288
cr*              Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
13028632*        Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency ,    ecfmail@mwc-law.com
              GEORGETTE MILLER    on behalf of Debtor Georgeanne  Williams info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Trustee For The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Georgeanne Williams

    Debtor(s)

Bankruptcy No: 11−11083−mdc

Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/18/16

106 – 105
Form 138_new